UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH TAYLOR,<br><br>    Plaintiff,<br><br>    v.<br><br>PREMIER PORTFOLIO GROUP, *et al.*,<br><br>    Defendants. | Case No. C18-236RSL<br><br>ORDER GRANTING<br>MOTION FOR DISCOVERY<br>PRIOR TO RULE 26(F)<br>CONFERENCE |

    This matter comes before the Court on "Plaintiff's Ex Parte Motion for Leave to Engage in Discovery Prior to Rule 26(f) Conference." Dkt. # 3. In this action under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.*, plaintiff alleges that defendant Premier Portfolio Group ("Premier") made a number of debt-collection contacts with plaintiff in violation of the FDCPA. Plaintiff has only uncovered that Premier appears to be located somewhere in New York State with an address listed as a Niagara, NY post office box. Plaintiff seeks preliminary discovery to ascertain details about Premier's ownership, the identities of the company's owners and operators, and an address at which to effect service on them.

    Federal Rule of Civil Procedure 26 provides that a party "may not seek discovery from any source" prior to a Rule 26(f) conference except in limited circumstances, including by order of the Court. Fed. R Civ. P. 26(d)(1). Given plaintiff's unsuccessful attempts to obtain more information about this case's defendants, the Court finds good cause for allowing plaintiff limited preliminary discovery.

ORDER GRANTING MOTION FOR DISCOVERY
PRIOR TO RULE 26(F) CONFERENCE - 1

For the foregoing reasons, the motion, Dkt. # 3, is GRANTED. Plaintiff may issue subpoenas on the relevant internet service providers or website hosts seeking information that would yield details about Premier's ownership, the identities of the company's owners and operators, and addresses for effecting service.

DATED this 12th day of April, 2018.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION FOR DISCOVERY
PRIOR TO RULE 26(F) CONFERENCE - 2