AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

ELIZABETH TAYLOR

*Plaintiff(s)*

v.

Civil Action No. 2:18-cv-00236-RSL

ASSET, CONSULTING EXPERTS, LLC;
MICHAEL EVANS;
PREMIER PORTFOLIO GROUP; and DOE 1-3

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MICHAEL EVANS
620 67TH ST
NIAGARA FALLS, NEW YORK, 14304

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  James A. Jones
(Of Counsel for Centennial Law Offices)
950 Pacific Avenue Suite 1050
Tacoma, WA 98402

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/7/2018

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Michael Evans

was received by me on *(date)*  12/7/18  .

☑ I personally served the summons on the individual at *(place)*  620 67TH ST. NIAGARA FALLS NEW YORK, 14304   on *(date)* 12/7/18 at 3:04 PM ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $  24.00  .

I declare under penalty of perjury that this information is true.

Date:  12-21-18

*Server's signature*

Jeremy Wawrzynski/Staff of Foxy Delivery Service
*Printed name and title*

2830 Elmwood Avenue
Kenmore, NY
*Server's address*

Additional information regarding attempted service, etc: