# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

ELIZABETH TAYLOR,

    Plaintiff,

v.

ASSET, CONSULTING EXPERTS, LLC;
MICHAEL EVANS;
PREMIER PORTFOLIO GROUP; and
DOE 1-3,

    Defendants.

Civil Action No. 2:18-cv-00236-RSL

**NOTICE OF SATISFACTION OF JUDGMENT**

NOTICE IS HEREBY GIVEN that Plaintiff ELIZABETH TAYLOR, hereby acknowledges payment and full satisfaction of Judgment entered by the Court on May 28, 2019 in the above captioned action.

October 18, 2019

                                    s/James A. Jones
                                    _____
                                    JAMES A. JONES (Bar # 33115)
                                    Attorney for Plaintiff ELIZABETH TAYLOR
                                    (Of counsel for Centennial Law Offices)
                                    950 Pacific Avenue Suite 1050
                                    Tacoma, WA 98402
                                    jjones@turnbullborn.com
                                    Phone: 253-383-7058
                                    Fax: 253-572-7220

## **CERTIFICATE OF SERVICE**

I certify that on October 18, 2019, I electronically filed the foregoing by using the CM/ECF system, which will send notification of such filing to all counsel of record.

s/James A. Jones
_____
JAMES A. JONES (Bar # 33115)
Attorney for Plaintiff ELIZABETH TAYLOR
(Of counsel for Centennial Law Offices)
950 Pacific Avenue Suite 1050
Tacoma, WA 98402
jjones@turnbullborn.com
Phone: 253-383-7058
Fax: 253-572-7220